IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 5:06CV0138-WRW |
| ) | |
| ) | |
| ERIC SHARKS ) | |
| Defendant. ) | |

## SUMMARY JUDGMENT

This cause having come to be heard on motion of plaintiff, United States of America, for a summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Court, having considered all facts, finds that there is no genuine issue of fact to be submitted to the Court, and, having concluded that plaintiff is entitled to judgment as a matter of law, it is hereby

ORDERED, that plaintiff's motion for a summary judgment is in all respects granted, and it is further

ORDERED, that plaintiff, United States of America, have and recover judgment against defendant, Eric Sharks, in the sum of $8,369.64 principal; $647.33 interest as of November 30, 2006; $270.00 administrative cost; for a total judgment amount of $9,286.97, as of November 30, 2006, with interest to continue to accrue at the legal rate until paid in full, and it is further

ORDERED, ADJUDGED AND DECREED that plaintiff, United States of America, is allowed all writs and processes provided by law for the enforcement of this judgment.

IT IS SO ORDERED this 8th day of December, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE